Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−25202−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kevin Stelmach  
626 Lilac Lane  
Deptford, NJ 08096

Denise M. Stelmach  
626 Lilac Lane  
Deptford, NJ 08096

Social Security No.:
xxx−xx−6741                    xxx−xx−4315

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 27, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 27, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Kevin Stelmach  
Denise M. Stelmach  
    Debtors

Case No. 15-25202-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Apr 27, 2017  
                    Form ID: 148      Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
```
db/jdb         +Kevin Stelmach,    Denise M. Stelmach,    626 Lilac Lane,    Deptford, NJ 08096-3618
r              +Denise Wieand,    Bowman Walker Real Estate,    3101 Dune Drive, Suite 108,
                 Avalon, NJ 08202-1700
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
515680434      +Advanced Orthopedic Centers,    P.O. Box 4337,    Lancaster, PA 17604-4337
515695120      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515896754       Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
515680436      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516169683     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516769902      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
516769903      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515680437      +Thomas & Cook,    57 Cooper Street,    2nd Floor,    Woodbury, NJ 08096-4650
516201889      +Township of Dennis,    Jeffery A. April, Esq.,    200 South Shore Rd - PO box 1195,
                 Marmora, NJ 08223-5195
515680429       Township of Dennis Tax Office,    571 Petersburg Road,    Dennisville, NJ 08214
515841722      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515680428     #+Zucker, Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,    P.O. Box 1024,
                 Mountainside, NJ 07092-0024
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 11:47:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 11:47:47       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515680427      +EDI: BANKAMER.COM Apr 27 2017 22:38:00      Bank of America,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
515680433      +EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
515758340       EDI: CAPITALONE.COM Apr 27 2017 22:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
515762947      +E-mail/Text: bankruptcy@cavps.com Apr 28 2017 11:48:02       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515680432      +EDI: PHINAMERI.COM Apr 27 2017 22:38:00      GM Financial,    P.O. Box 183834,
                 Arlington, TX 76096-3834
515680430      +EDI: RMSC.COM Apr 27 2017 22:38:00      Green Tree Servicing, LLC,    7360 South Kyrene Road,
                 Tempe, AZ 85283-8432
515742126       EDI: RESURGENT.COM Apr 27 2017 22:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515702497       EDI: RESURGENT.COM Apr 27 2017 22:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515739393       EDI: RESURGENT.COM Apr 27 2017 22:38:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
515680435      +EDI: MID8.COM Apr 27 2017 22:38:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
515680431       EDI: TFSR.COM Apr 27 2017 22:38:00      Toyota Financial Services,    P.O. Box 5855,
                 Carol Stream, IL 60197
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515770768*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515849686*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
516356911*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

                         Certificate of Notice    Page 3 of 3

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Apr 27, 2017
                              Form ID: 148               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           nj_ecf_notices@buckleymadole.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Stacey L. Mullen    on behalf of Joint Debtor Denise M. Stelmach slmullen@comcast.net
          Stacey L. Mullen    on behalf of Debtor Kevin  Stelmach slmullen@comcast.net
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 8
```